980 F.2d 724
 Sweeney (Martin A., Mildred B.)
v.
St. Joseph's Hospital, Board of Directors of St. Joseph's
Hosp., Coughlin (Jean, Sister), St. Joseph's Foundation,
Nazarenko (Michael), Board of Directors of Northeast
Tri-County MH/MR Center, County Commissioners of Lackawanna
County, County Commissioners of Susquehanna County, County
Commissioners of Wayne County, Northeast Tri-County Mental
Health & Mental Retardation Center, Inc.
 NO. 91-6030
 United States Court of Appeals,
Third Circuit.
 Oct 07, 1992
 Appeal From: M.D.Pa., 769
 F.Supp. 747
 
 1
 AFFIRMED.